**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IDRIS ABDUS SABER, | : | No. 91 EM 2023 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of February, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.